J. L. GREENLEE, ADMINISTRATOR OF THE ESTATE OF BILL WILLIAMS, DECEASED, v. CLINCHFIELD RAILROAD COMPANY AND M. R. BIDDIX.

(Filed 19 November, 1947.)

PLAINTIFF's appeal from *Sink, J.,* April Term, 1947, MITCHELL Superior Court.

*McBee & McBee and Watson, Fouts & Watson for plaintiff, appellant.*
*James J. McLaughlin, J. W. Pless, Proctor & Dameron, and W. C. Berry for defendant, appellee.*

PER CURIAM. This case was brought by the administrator of the deceased Williams against the defendant to recover for an alleged negligent injury resulting in death. Williams was killed by a scheduled train running over the tracks of the defendant, near a tunnel, allegedly while prostrate upon the tracks in a drunken condition. On defendant's demurrer to the evidence the court below entered judgment as of nonsuit.

The case involves no novel features which would justify extended discussion.

On a careful examination of the record the Court is of the opinion that the judgment of nonsuit should be affirmed, and it is so ordered.

Affirmed.